BENJAMIN B. WAGNER
United States Attorney
JILL M. THOMAS
Assistant U.S. Attorney
NICHOLAS M. FOGG
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:13-CR-0026-GEB |
| Plaintiff, | |
| v. | ORDER FOR DEPOSITIONS OF MATERIAL WITNESSES |
| ROBERTO URBINA GONZALEZ,<br>  aka Rodrijo Rangel,<br>EVERARDO IBARRA REGALADO,<br>  aka Primo, and<br>CORINA DOMINGUEZ, | |
| Defendants. | |

On February 8, 2013, the parties appeared in open court for a status conference regarding the above-captioned case. During the status conference, the government requested that this Court order depositions of material witnesses related to the above-captioned case. The defense counsel joined in the request to order the depositions. The material witnesses are currently in custody. After reviewing the stipulation of counsel and considering the matter in open court, the Court grants the parties' request to order depositions of the material witnesses and rules as follows:

It is hereby ordered that, pursuant to Federal Rule of Criminal Procedure 15, the parties shall depose the four material witnesses listed below:

1. Annaberta Garcia-Perez

2. Vanessa Elizabeth Escatel-Valderrama

3. Anahi Rios Morales

4. Maria Ortiz Medel

    IT IS SO ORDERED.

**Date:** <u>2/11/2013</u>

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge