HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, #288639
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ROBERTO URBINA GONZALEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ROBERTO URBINA GONZALEZ,<br>et al.,<br><br>　　　　Defendants. | CR. No. 2:13-cr-00026 GEB<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE<br><br><br><br>Date: August 30, 2013<br>Time: 9:00 a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |

The parties request that the status conference in this case be continued from Friday, August 9, 2013, to Friday, August 30, 2013 at 9:00 a.m. They stipulate that the time between August 9, 2013 and August 30, 2013 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T-4. Specifically, defense counsel needs additional time to investigate the facts of the case, to consult with an expert, and examine the contraband. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.

| | | |
|---|---|---|
| Dated: July 24, 2013 | | Respectfully submitted, |
| | | HEATHER E. WILLIAMS<br>Federal Defender |
| | | */s/ Douglas Beevers*<br>DOUGLAS BEEVERS<br>Assistant Federal Defender<br>Attorney for Defendant<br>ROBERTO URBINA GONZALEZ |
| Dated: July 24, 2013 | | */s/ Toni Carbone*<br>TONI CARBONE<br>Attorney for Defendant<br>EVERADO IBARRA REGALADO |
| Dated: July 24, 2013 | | */s/ A. Stanley Kubochi*<br>A. Stanley Kubochi<br>Attorney for Defendant<br>CORINA DOMINGUEZ |
| Dated: July 24, 2013 | | BENJAMIN B. WAGNER<br>United States Attorney |
| | | */s/ Jill Thomas*<br>JILL THOMAS<br>Assistant United States Attorney<br>Attorney for Plaintiff |

# ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for August 9, 2013, be continued to August 30, 2013, at 9:00 a.m. Based on the representation of counsel and good cause appearing therefrom, the Court hereby finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time from the date of this Order, to and including, the August 30, 2013, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.

**IT IS SO ORDERED.**

Dated: July 25, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge